**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR 05 117T |
| v. | : | CR.No: |
| | : | In violation of 26 U.S.C. §5861(d) |
| MARION CUNNINGHAM | : | |

**INDICTMENT**

The Grand Jury charges:

**COUNT I**

That on or about August 21, 2005, in the District of Rhode Island, the defendant, MARION CUNNINGHAM, did knowingly possess a firearm, that is, a weapon made from a Savage Arms 12 gauge shot gun, serial #P304485, with a barrel less than 18 inches long and an overall length less than 26 inches, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

Gerard B. Sullivan

GERARD B. SULLIVAN
Chief, Criminal Division