1078827

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
OCT 12 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

MARION CUNNINGHAM

Amended **WARRANT FOR ARREST**

CASE NUMBER: CR 05-117T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MARION CUNNINGHAM
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with **(brief description of offense)**

Possession of a Firearm which was not Registered to him in the National Firearms Registration and Transfer Record

in violation of Title 26 United States Code, Section(s) 5861(d)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

October 12, 2005/Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/21/05 | Eric Yankee | [signature] |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.