UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-117 T

MARION CUNNINGHAM :

MOTION TO CONTINUE

NOW comes the defendant, Marion Cunningham, and moves to continue his trial date from December of 2005 to January of 2006. In support of this motion, defense counsel states that additional time is needed to evaluate the discovery in this case and have the office investigator speak to potential exculpatory witnesses.

MARION CUNNINGHAM,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 WEYBOSSET STREET, SUITE 300
PROVIDENCE, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Zechariah Chafee, AUSA on the 17th day of November, 2005.

____________________________