UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND


UNITED STATES OF AMERICA

                         v.                          CR No.  05-117T

MARION CUNNINGHAM


## ORDER

Upon motion of the defendant to continue the trial presently scheduled for December 6th, 2005, and with no objection by the government, and my having found that the ends of justice are served by the granting of such continuance and that they outweigh the best interests of the public and the defendant in a speedy trial, in that it will allow the parties to conduct the discovery and pretrial investigation required to fairly and adequately adjudicate this case, it is hereby

ORDERED

that the trial date in the case entitled, United States v. Marion Cunningham, CR No. 05-117T, is vacated, the case will be scheduled for empanelment on January 17th, 2006 and the time from the date of this order through January 17th, 2006, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A).


                                        By Order


                                        _____
                                        Deputy Clerk


ENTER:


_____
Ernest C. Torres
Chief Judge
Date: Nov. 23   , 2005