UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : Cr. No. 05-117T

MARION CUNNINGHAM :

NOTICE OF INTENTION TO PLEAD GUILTY

NOW COMES the defendant, Marion Cunningham, and through counsel, hereby notifies the Court of his intention to plea guilty in the within matter.

Marion Cunningham
By his Attorney,

EDWARD C. ROY
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 6th day of January, 2006, I hand-delivered a true copy of the within notice to Zechariah Chafee, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.